UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
21-10158-MLW

UNITED STATES OF AMERICA

v.

PRISCILA BARBOSA

## MEMORANDUM AND ORDER OF DETENTION

May 26, 2021

DEIN, M.J.

The defendant is charged in an Indictment with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349.  An initial appearance was held remotely on May 7, 2021, at which time the government moved for detention pursuant to 18 U.S.C. § (f)(2)(A) on the grounds that the defendant poses a serious risk of flight.  The defendant was represented by counsel.

A detention hearing was scheduled to be held remotely on May 18, 2021.  On May 17, 2021 the defendant requested that the detention hearing be continued until June 21, 2021, and on May 25, 2021 court was notified by counsel that the defendant consented to the entry of an order of detention, without prejudice to her right to reopen the issue at a later date.  See Docket Nos. 32, 37.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED --

(1)     That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3)     On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing to consider the issue of pretrial detention, regardless whether there have been changed circumstances.

      / s / Judith Gail Dein  
Judith Gail Dein  
United States Magistrate Judge