UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                    )     Cr. No. 21-10158-MLW<br>)<br>PRISCILA BARBOSA,             )<br>    Defendant. | |

MEMORANDUM AND ORDER

WOLF, D.J.                                                April 6, 2023

The parties are hereby informed that the court is considering whether defendant Priscila Barbosa should receive an aggravating role enhancement for being a leader, organizer, manager, or supervisor in criminal activity involving five or more participants. See U.S.S.G. §3B1.1 (a-b).

In addition, in Barbosa's Presentence Report Probation attributes to Barbosa as relevant conduct $1,093,689. PSR at ¶45. The government's current position appears to be that no relevant conduct should be attributed to Barbosa. The court will decide at Barbosa's sentencing hearing if there is relevant conduct to attribute to Barbosa, and, if so, determine the amount of the loss to be attributed to her. See United States v. Ahmed, 51 F.4th 12, 23-24 (1st Cir. 2022).

It is hereby ORDERED that the parties shall, by April 21, 2023, file supplementary memoranda addressing: (a) whether Barbosa should receive an aggravating role enhancement; and (b) whether the amount of loss attributable to Barbosa should include relevant conduct and, if so, the amount of loss constituting relevant conduct.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE